UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM GIRTEN,<br><br>        Plaintiff,<br><br>        v.<br><br>SAN BERNARDINO COUNTY<br>SHERIFF'S DEPT., et al,<br><br>        Defendants. | No. 5:19-cv-01118-PSG (JDE)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE<br>JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the complaint, the first amended complaint, the records on file, and the Report and Recommendation of the assigned United States Magistrate Judge. Plaintiff has not filed any written objections to the report.

      IT IS HEREBY ORDERED that:

      1.    The Report and Recommendation is approved and accepted.

      2.    Judgment shall be entered dismissing this case without prejudice.

Dated:  October 24, 2019

_____
PHILIP S. GUTIERREZ
United States District Judge