UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| WILLIAM GIRTEN, | No. 5:19-cv-01118-PSG (JDE) |
| Plaintiff, | |
| v. | JUDGMENT |
| SAN BERNARDINO COUNTY SHERIFF'S DEPT., et al, | |
| Defendants. | |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

Dated: October 24, 2019

PHILIP S. GUTIERREZ
United States District Judge